NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARLENE M. BROUGHTON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3063

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0101-I-1.

---

**ON MOTION**

---

**O R D E R**

Darlene M. Broughton moves for additional time. The court notes that no further submissions are due and thus there are no deadlines to be extended.

Upon consideration thereof,

IT IS ORDERED THAT:

2                              BROUGHTON v. MSPB


The motion is denied.   All future motions will be deferred to the merits panel because the case is ready for the calendar.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21